Argued July 22, reversed and remanded August 26, 1971

STATE OF OREGON, *Respondent, v.*
DOUGLAS LUTHER BEAN, *Appellant.*
487 P2d 1380

*Robert J. McCrea,* Eugene, argued the cause for appellant. With him on the brief were Mulder, Morrow & McCrea, Eugene.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

This is a companion case to *State v. Whittemore,* 6 Or App 363, 487 P2d 1379, decided this day.

The main issue presented is identical. In addition, the defendant here demurred to the indictment on the ground that it failed to state a crime because it did not expressly negative within it exceptions contained in ORS 475.100. The demurrer was not well taken. See *State v. Alexander,* 6 Or App 580, 487 P2d 1151, Sup Ct *review denied* (1971).

Reversed and remanded.